JOSEPH KUPPERMAN, Respondent, v. MURRAY SIMONS and Others, Defendants, Respondents, and ROYAL INDEMNITY COMPANY, Impleaded Defendant, Appellant. — Order affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent and the defendant-respondent, Simons, Blauner & Co., with leave to the impleaded defendant, Royal Indemnity Company, to answer with respect to the cross-claim within ten days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

OTTO BRAUNWARTH, Respondent, v. HERBERT G. WELLINGTON, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

SADIE SIEGEL, Appellant, v. COMMERCIAL METALS COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: THE BANK OF UNITED STATES, Judgment Creditor, Appellant, Respondent, v. ISIDOR H. PANKIN, Judgment Debtor, Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

RALPH BERNSTEIN, Suing on His Own Behalf as a Stockholder and on Behalf of All Other Stockholders of CHECKER CAB MANUFACTURING CORPORATION Similarly Situated and on Behalf of CHECKER CAB MANUFACTURING CORPORATION, Respondent, v. MORRIS MARKIN, Appellant, Impleaded with Others, Defendants. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ROBERT L. OWEN and Others, Appellants, for an Order Directing Respondents FREDERICK STRAUSS and Others, as Copartners, etc., to Furnish Petitioners with a List of the Names and Addresses of all Bondholders of the Department of Cundinamarca External Secured $6\frac{1}{2}\%$ Sinking Fund Gold Bonds, 1928, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of CHRISTOS KATIS and Others, Respondents, for an Order against WILLIAM FELLOWES MORGAN, JR., as Commissioner of Public Markets, Weights and Measures of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ. [168 Misc. 552.]